IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID COLETTA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OCWEN FINANCIAL CORPORATION | : | NO. 14-CV-6745 |

**O R D E R**

AND NOW, this 21st day of September, 2015, IT IS HEREBY ORDERED that:

1. The renewed motion to dismiss for failure to state a claim (Dkt. # 13) filed by Defendant, Ocwen Financial Corporation, is GRANTED.

2. The Clerk of Court shall close this case.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.